___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: BOBBY BRYSON, SR.** | **CASE NO.: 17-10465-JDW** |
| **MARY ANN BRYSON** | **CHAPTER: 13** |

## AGREED ORDER

**THIS MATTER** comes before the Court on the Notice of Post Petition Mortgage Fees, Expenses, and Charges (Dkt. # ~~35~~ 36) filed by Wells Fargo Bank, N.A, and the Objection to Notice of PostPetition Mortgage Fees, Expenses and Charges filed by Debtors (Dkt. # 39) and the Amended Objection to Notice of PostPetition Mortgage Fees, Expenses and Charges filed by Debtors (Dkt. # 43) in the above styled and numbered cause of action. The parties appearing herein advise~~s~~ the Court that they have reached an agreement as to the issues, and this Court does hereby find and order~~s~~ pursuant to the following agreement:

1. Wells Fargo Bank, N.A., is a secured creditor by virtue of its holding a Note secured by a Deed of Trust on the primary residence of the Debtors located at 197 Randall Drive, Holly Springs, Mississippi 38635, which was recorded in Book 316 at Page 781, in the office of the Chancery Clerk of Marshall County, Mississippi on December 12, 2002.

2. The Notice of PostPetition Mortgage Fees, Expenses, and Charges filed on April 7, 2021 by Wells Fargo Bank, N.A., (Dk#36) shall be GRANTED in the amount of $709.42 for projected escrowed taxes from May 1, 2021 through April 30, 2022, in the amount of $1,644.00 for projected escrowed insurance from May 1, 2021 through April 30, 2022, and in the amount of $254.49 for projected escrowed shortage from May 1, 2021 through April 30, 2022.

(JDW)

3. The Trustee shall make any changes necessary to Debtors' wage orders to comply with this Agreed Order.

4. The Objection to Notice of PostPetition Mortgage Fees, Expenses and Charges filed by Debtors (Dk#39) and the Amended Objection to Notice of PostPetition Mortgage Fees, Expenses and Charges filed by Debtors (Dk#43) in the above styled and numbered cause of action are hereby resolved.

##END OF ORDER##

APPROVED:

**/s/ Kimberly D. Putnam**
Kimberly D. Putnam
Attorney for Creditor


**/s/ Robert Hudson Lomenick, Jr.  (w permission)**
Robert Hudson Lomenick, Jr.
Attorney for Debtor


**/s/ W. Jeffrey Collier (w permission)**
Locke D. Barkley, Trustee
Or Attorney for Trustee

Presented by:
Kimberly D. Putnam MSB# 102418
Dean Morris, LLC
1820 Avenue of America
Monroe, LA 71201
Telephone No: (318) 330-9020
kim.mackey@ms.creditorlawyers.com